UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

CCO-019
No. 25-1766

YA GLOBAL INVESTMENTS, LP, f.k.a. Cornell Capital
Partners, LP; YORKVILLE ADVISORS, GP LLC, Tax
Matters Partner; YA GLOBAL INVESTMENTS, LP, f.k.a.
Cornell Capital Partners, LP; YORKVILLE ADVISORS,
LLC, Tax Matters Partner,
Appellants

v.

COMMISSIONER OF INTERNAL REVENUE

(IRS No. 15-14546)

Present: MASCOTT, *Circuit Judges*

1. Motion filed by Appellee Commissioner of Internal Revenue for Extension of Time to file Appellee's Brief until/for 45 days

Respectfully,
Clerk/SB/JK

_____ORDER_____
The foregoing motion is GRANTED.

By the Court,

s/ Jennifer L. Mascott
Circuit Judge

Dated: November 24, 2025
Sb/cc: All Counsel of Record