UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

CCO-069

No. 25-1766

Ya Global Investments, et al

Appellants

v.

Commissioner of Internal Revenue

(Tax Court Case No.: 15-14546)

Present:  MASCOTT, *Circuit Judge*

1. Motion by American Investment Council for Leave to file Brief as Amicus Curiae in support of Neither Party

2. Response by Appellee in Opposition to the motion by American Investment Council to file an untimely Amicus Brief

Respectfully,
Clerk

_____ORDER_____

Due to the significant period of time lapsing between the deadline for submission of amicus briefs and the filing of this motion, and the opposition to the brief's filing, this motion to file a brief as amicus curiae is denied.

By the Court,

s/Jennifer L. Mascott
Circuit Judge

Dated:       April 16, 2026
EMA/cc:    All Counsel of Record