# Morgan Lewis

**Tamara Shepard**
Partner
One Federal Street | Boston, MA 02110
+1 617.341.7959
tamara.shepard@morganlewis.com

May 19, 2026

Patricia S. Dodszuweit
Clerk of Court, U.S. Court of Appeals for the Third Circuit
21400 United States Courthouse
601 Market Street
Philadelphia, PA 19106

*Via ECF*

**Re:   YA Global Investments, LP, et al. v. Commissioner of Internal Revenue, No. 25-1766**

Dear Ms. Dodszuweit,

I represent the Appellants, YA Global Investments, LP, Yorkville Advisors GP, LLC, and Yorkville Advisors, LLC, in the above-captioned appeal.  I am lead counsel in the case, and I am responsible for presenting oral argument.

I write to request that the Court take into consideration a scheduling conflict when setting the date for argument.  I will be traveling with my daughter to New Orleans in August in order to move her into college for her freshman year.  As a result, I will be unavailable to appear before the Court for oral argument **from August 10, 2026, through August 13, 2026**.  The specific university move-in date has not yet been assigned, but it will fall within the front end of this window, and the remainder of the time will be required for return travel.

I remain ready to present argument at the Court's convenience outside of this timeframe.  Thank you for your time and for the Court's consideration of this matter.

**Morgan, Lewis & Bockius** LLP

One Federal Street
Boston, Massachusetts 02110-1726     **T** +1.617.341.7700
United States                        **F** +1.617.341.7701

May 19, 2026
Page 2

Respectfully,

Tamara L. Shepard
Counsel for Appellants

Cc: All Counsel of Record (via ECF)

**CERTIFICATE OF SERVICE**

I, Tamara L. Shepard, counsel for YA Global Investments, LP, f/k/a Cornell Capital Partners, LP, Yorkville Advisors, GP LLC, Tax Matters Partner, and YA Global Investments, LP, f/k/a Cornell Capital Partners, LP, Yorkville Advisors, LLC, Tax Matters Partner, certify that, on May 19, 2026, I electronically filed the foregoing letter with the Clerk of the Court for the United States Court of Appeals for the Third Circuit by using the CM/ECF system.

All participants in the case are registered CM/ECF users and will be served by the CM/ECF system.


Dated: May 19, 2026                     s/ Tamara L. Shepard
                                        TAMARA L. SHEPARD